AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| United States of America | ) |  |
|---|---|---|
| v. | ) | |
| James Adolph Brown | ) | Case No: 7:07-CR-42-8FL |
| | ) | USM No: 25703-056 |
| Date of Original Judgment: February 11, 2008 | ) | |
| Date of Previous Amended Judgment: _____ | ) | Thomas P. McNamara |
| (Use Date of Last Amended Judgment if Any) | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

The offense level resulted from application of the career offender guideline.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 11, 2008, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 9/24/2013

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Louise W. Flanagan, United States District Judge
*Printed name and title*